UST-6 5/01

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| COBB, PATRICK E. | ) | Case No. 08-01865-BHC RJH |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | NOTICE OF TRUSTEE SALE |
| | ) | |

NOTICE IS GIVEN that property belonging to the estate of the above-named debtor(s) will be sold to the person making the highest and best offer on December 30, 2008 at the hour of 10:00 a.m., at 555 W. Road 3 North, Suite E, Chino Valley, AZ.

PROPERTY TO BE SOLD:

| | |
|---|---|
| **1949 Ford Pickup** | **$ 500.00** |
| **50% Interest in Superior Fiberglassw & Gel Coat** | **$1,000.00** |

TERMS OF SALE:   $1,500.00 to be paid by 12-month Promissory Note with 6% interest.

TO:    Patrick Cobb
       2491 Fremont Dr.
       Lake Havasu City, AZ 86406

or any person making a higher and better offer as hereinafter provided.  All sales are subject to sales tax, unless the property being sold is tax exempt or a resale number is used as proof of exemption.

  Any person opposing the sale shall file a written objection on or before 5 days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, 325 W. 19th Street. Ste. D, Yuma, AZ  85364.  A copy of the objection shall be forthwith mailed to the trustee.

Trustee: William E. Pierce
Address: P.O. Box 429, Chino Valley, AZ 86323    (928) 636-6210

To View Property  Contact Trustee's Office at: (928) 636-6948

        If a person timely objects in writing and a hearing is requested but has not yet been conducted by the Court as of the date of the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale remains dependent upon the outcome of the court hearing regarding the objection.


December 3, 2008                             /s/ William E. Pierce
         DATE                                WILLIAM E. PIERCE, Trustee